IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02552-BNB

JAMES ANTHONY SAVAGE,

    Applicant,

v.

DEBORAH DENHAM, Warden,

    Respondent.

## ORDER TO FILE PRELIMINARY RESPONSE

Applicant, James Anthony Savage, is a prisoner in the custody of the United States Bureau of Prisons, who currently is incarcerated at the Federal Correctional Institution in Englewood, Colorado. Applicant initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and paying the $5 filing fee.

As part of the preliminary consideration of the Application in this case and pursuant to *Keck v. Hartley*, 550 F. Supp. 2d 1272 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate. Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies with respect to the execution of his sentence. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response. Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise

address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits all relevant portions of the administrative record, including but not limited to copies of all documents demonstrating whether Applicant has exhausted administrative remedies. Respondent also is directed to submit a copy of the Disciplinary Hearing Officer's report for Incident Report No. 2561571 and state to the Court what good time credit Applicant lost as a result of his conviction in this disciplinary action. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

Dated:  September 26, 2014

          BY THE COURT:

            s/Boyd N. Boland
          United States Magistrate Judge